# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CARLOS PAZ,

    Plaintiff,

v.                                                      Case No. 5:21-cv-242-TKW/MJF

MELINDA COONROD, *et al.*,

    Defendants.

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14) and Plaintiff's objection (Doc. 17). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed with prejudice for failure to state a claim upon which relief can be granted.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(ii).

3. The Clerk shall close the case file.

**DONE and ORDERED** this 5th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**